IN THE UNITED STATE DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES L. FIKES, | ) | |
| Plaintiff | ) | |
| v. | ) | CIVIL ACTION NO. 07-0339 |
| WAL-MART STORES, EAST, LP, | ) | |
| Defendant, | ) | |

## FINAL JUDGMENT

Pursuant to separate order entered this date granting defendant's motion for summary judgment, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the claims of the plaintiff, James L. Fikes, against the defendant, Wal-Mart Stores, East, LP, be and hereby are **DISMISSED** with prejudice.

**DONE** this the 29th day of April, 2008.

*s/Charles R. Butler, Jr.*
**Senior United States District Judge**